No. A–318.   BURRAFATO ET UX. *v.* UNITED STATES DEPARTMENT OF STATE ET AL.   Application for stay of mandate of the United States Court of Appeals for the Second Circuit and/or stay of deportation, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–353 (75–5402).   FAISON *v.* WASHINGTON. Super. Ct. Wash., Cowlitz County.   Application for stay of enforcement of judgment and sentence, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. D–47.   IN RE DISBARMENT OF MAYES.   It having been reported to the Court that Ronald W. Mayes, of Washington, D. C., and Madison, Kan., has been disbarred from the practice of law by the Supreme Court of Kansas, and this Court by order of April 21, 1975 [421 U. S. 927], having suspended the said Ronald W. Mayes from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

It is ordered that the said Ronald W. Mayes, be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 73–861.   EAST CARROLL PARISH SCHOOL BOARD ET AL. *v.* MARSHALL.   C. A. 5th Cir.   [Certiorari granted, 422 U. S. 1055.]   Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted.

No. 74–1222.   WOLFF, WARDEN *v.* RICE.   C. A. 8th Cir.   [Certiorari granted, 422 U. S. 1055.]   Motion of the Attorney General of New Jersey for leave to participate in oral argument as *amicus curiae* denied.